No. 6, Misc. MACLEOD *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Harry P. Friedlander* for petitioner. *William J. Hassan* for respondent.

No. 7, Misc. COLLINS *v.* FIELD, MENS COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 8, Misc. MARICHEZ *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *John J. O'Toole,* Assistant Attorneys General, for respondent.

No. 9, Misc. ESPARZA *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *George R. Nock,* Deputy Attorneys General, for respondents.

No. 11, Misc. JONES ET AL. *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *Aaron Kravitch* for petitioners. *Andrew J. Ryan, Jr.,* for respondent.

No. 17, Misc. ADELL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 41, Misc. COX *v.* BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.